Arthur VANMOOR, Plaintiff–Appellant,

v.

SONOCO PRODUCTS COMPANY, INC., Defendant–Appellee.

No. 03–1170.

United States Court of Appeals, Federal Circuit.

March 6, 2003.

ON MOTION

*ORDER*

Arthur Vanmoor moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

■

Carla A. CLAY, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 03–3096.

United States Court of Appeals, Federal Circuit.

March 5, 2003.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.